FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 9:23 am, Jul 19, 2023

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INFORMATION NO.** 4:23cr-64 |
| | ) | |
| v. | ) | |
| | ) | **21 U.S.C. § 843(b)** |
| **SUZANA SALINAS-GARZA** | ) | Use of Communication Facility |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT ONE
*Use of Communication Facility*
21 U.S.C. § 843(b)

On or about August 8, 2020, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

**SUZANA SALINAS-GARZA**,

knowingly and intentionally used a communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, Conspiracy to Possess with Intent to Distribute and to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 843(b).

{Signatures on Following Page}

JILL E. STEINBERG
UNITED STATES ATTORNEY

07-19-2023
Date

_____
E. Greg Gilluly, Jr
Deputy Chief, Criminal Division

07-19-2023
Date

_____
Darron J. Hubbard
IL Bar No. 6313078
Assistant United States Attorney